IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 98.125.121.178,<br><br>    Defendant. | No. 3:13-cv-00209-SLC |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE 1

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. Defendant was assigned the IP address 98.125.121.178 . Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 30, 2013

                                            Respectfully submitted,

                                            SCHULZ LAW, P.C.

          By:      /s/ *Mary K. Schulz*

                                            Mary K. Schulz, Esq.

                                            1144 E. State Street, Suite A260

                                            Geneva, Il 60134

1

Tel: (224) 535-9510

Fax: (224) 535-9501

Email: schulzlaw@me.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.